Index # **13 cv 5432**

Purchased/Filed: August 2, 2013

Attorney(s):

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York     U. S. District Court     Southern Dist. County

Trisha L. Renken-Sebastian

Plaintiff

against

American Medical Collection Agency, Inc.

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 30 Yrs.

Weight: 160 Lbs.   Height: 5' 9"   Sex: Female   Color of skin: White

Hair color: Blonde   Other: _____

_____ Kyle Warner _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ August 19, 2013 _____, at _____ 12:00 pm _____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served Summons & Complaint, Jury Trial Demanded, Civil Cover sheet

on _____ **American Medical Collection Agency, Inc.** _____, the Defendant in this action, by delivering to and leaving with _____ Amy Lesch _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
19th day of August 2013.

_____
PAULA J. COLE
NOTARY PUBLIC State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

_____
Kyle Warner

**Invoice-Work Order #** 1313501