Index # **13-cv-05432**

Attorney(s):                            Purchased/Filed:

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

State of New York        U. S. District Court        Southern Dist. County

Trisha L. Renken-Sebastian

Plaintiff

against

American Medical Collection Agency

Defendant

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**    Approx. Age: 24 Yrs.

Weight: 175 Lbs.   Height: 6' 1"   Sex: Male   Color of skin: White

Hair color: Brown   Other: _____

_____Kyle Warner_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on October 2, 2013, at 2:25 pm, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served Summons and Complaint

on **American Medical Collection Agency, Inc.**, the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
21st day of October 2013

_____
PAULA L COLE
NOTARY PUBLIC State of New York
No. 01CO9042570, Albany County
Commission Expires September 30, 2014

_____
Kyle Warner

Invoice·Work Order # 1316143